IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00592-REB-BNB

BRIAN SMITH,

Plaintiff,

v.

SCHUFF STEEL MANAGEMENT COMPANY-COLORADO LLC d/b/a Schuff Steel Company,

Defendant.

---

## MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     IT IS ORDERED that the **Stipulated Motion for Entry of Protective Order** [docket no. 19, filed June 15, 2009], is GRANTED.

DATED:  June 17, 2009