IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00592-REB-BNB

BRIAN SMITH,

Plaintiff,

v.

SCHUFF STEEL MANAGEMENT COMPANY-COLORADO LLC d/b/a Schuff Steel Company,

Defendant.

---

## MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Withdraw** [docket no. 33, filed September 11, 2009] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and Elizabeth J. McNamee is withdrawn from the representation of defendant and is to be removed from the electronic service.

DATED:  September 11, 2009