**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-00592-REB-BNB

BRIAN SMITH,

    Plaintiff,

v.

SCHUFF STEEL MANAGEMENT COMPANY - COLORADO LLC, d/b/a Schuff Steel Company,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before me is the **Stipulation of Dismissal with Prejudice** [#38] filed January 5, 2010.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulation of Dismissal with Prejudice** [#38] filed January 5, 2010, is **APPROVED**;

    2.  That the Trial Preparation Conference set for March 26, 2010, is **VACATED**;

    3.  That the jury trial set to commence April 12, 2010, is **VACATED**; and

    4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated January 7, 2010, at Denver, Colorado.

                                 BY THE COURT:

                                 */s/ Bob Blackburn*
                                 Robert E. Blackburn
                                 United States District Judge